Calvin R.X. Dunlap
Nevada Bar No. 2111
Monique Laxalt
Nevada Bar No. 1969
DUNLAP AND LAXALT
537 Ralston Street
Reno, NV 89503
Tel: (775) 323-7790

Joshua D. Wolson (*pro hac vice*)
Linda Dale Hoffa (*pro hac vice*)
Claire Blewitt (*pro hac vice*)
DILWORTH PAXSON LLP
1500 Market Street, Suite 500E
Philadelphia, PA 19102
*Attorneys for Defendant/Counterclaimant Chartwell Advisory Group, Ltd.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHARTWELL ADVISORY GROUP, LTD.<br><br>Plaintiff,<br><br>vs.<br><br>CAESARS ENTERTAINMENT OPERATING CO., INC., et al.<br><br>Defendant. | CASE NO.: 3:15-cv-00441-MMD-CBC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |
| CAESARS ENTERTAINMENT OPERATING COMPANY, INC., et al,<br><br>Plaintiffs,<br><br>v.<br><br>CHARTWELL ADVISORY GROUP, LTD.,<br><br>Defendant. | |

120464877_1

Pursuant to Federal Rule of Civil Procedure 41(a), Defendant/Counterclaimant Chartwell Advisory Group, Ltd. ("Chartwell") and Counterclaim Defendant Caesars Entertainment Operating Co., Inc. ("Caesars") hereby stipulate to the dismissal of all claims between Chartwell and Caesars (collectively, the "Parties").

The Parties have fully resolved and settled for valuable consideration all disputes raised in this matter between them, and each Party agrees to this Stipulation of Dismissal With Prejudice. Each Party shall bear its own attorneys' fees and costs of court.

DATED this 12th day of October, 2018.

| **DILWORTH PAXSON LLP** | **DICKINSON WRIGHT PLLC** |
|---|---|
| /s/ Joshua D. Wolson | /s/ Michael N. Feder |
| Joshua D. Wolson, Esq. (*pro hac vice*) | Michael N. Feder, Esq. (Bar No. 7332) |
| 1500 Market Street, Suite 3500E | Joel Z. Schwarz. Esq. (Bar No. 9181) |
| Philadelphia, PA 19102 | 8363 West Sunset Road, Suite 200 |
|  | Las Vegas, Nevada 89113-2210 |
| Calvin R.X. Dunlap, Esq. (Bar No. 2111) | *Attorneys for Caesar's Entertainment Operating Company, Inc.* |
| Monique Laxalt, Esq., Bar No. 1969 | |
| DUNLAP & LAXALT | |
| 537 Ralston Street | |
| Reno, Nevada 89503 | |

*Attorneys for Chartwell Advisory Group, Ltd.*

## **ORDER**

Based upon the Stipulation of the Parties, and good cause appearing therefore, **IT IS HEREBY ORDERED** that this case shall be dismissed with prejudice.

UNITED STATES DISTRICT JUDGE

DATED: October 15, 2018